**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 01-6685**

───────────────

EPHRAIN RELIFORD, JR.,

                    Plaintiff - Appellant,

    versus

LAURA PAIGE; JACKALEANE LAWSON; CAPTAIN DON,

                    Defendants - Appellees.

───────────────

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., Chief Dis-
trict Judge.  (CA-00-210-17BC-3)

───────────────

Submitted:  September 20, 2001      Decided:  October 17, 2001

───────────────

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Ephrain Reliford, Jr., Appellant Pro Se. Vinton DeVane Lide, VINTON
D. LIDE & ASSOCIATES, Lexington, South Carolina, for Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ephrain Reliford, Jr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Reliford v. Paige</u>, No. CA-00-210-17BC-3 (D.S.C. filed Mar. 30, 2001; entered Apr. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2